UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMILO MIGUEL ORTEGA-HAAS,<br><br>        Plaintiff,<br><br>    v.<br><br>JIM MALCOM, et al.,<br><br>        Defendants. | Case No.  22-cv-04582-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Maxine M. Chesney for consideration of whether the case is related to *Allerton v. Richardson Bay Regional Agency et al*, No. CV 22-cv-04151.

**IT IS SO ORDERED.**

Dated: 8/9/2022

_____
VINCE CHHABRIA
United States District Judge